JS - 6

1  ANDRÉ BIROTTE JR.
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   KATHERINE M. HIKIDA
4  Assistant United States Attorney
   Cal. Bar No. 153268
5  katherine.hikida@usdoj.gov
        Room 7516, Federal Building
6       300 North Los Angeles Street
        Los Angeles, California 90012
7       Telephone:  (213) 894-2285
        Facsimile:  (213) 894-7819
8
   Attorneys for Federal Defendant
9  ERIC H. HOLDER, JR., Attorney General

10                    UNITED STATES DISTRICT COURT

11                FOR THE CENTRAL DISTRICT OF CALIFORNIA

12                           WESTERN DIVISION

| | | |
|---|---|---|
| CANDACE GRUBB, | ) | NO. CV 11-09122-MMM(SPx) |
| | ) | |
| Plaintiff, | ) | ORDER RE: DISMISSAL |
| | ) | OF ACTION WITH PREJUDICE |
| v. | ) | [~~PROPOSED~~] |
| | ) | |
| ERIC H. HOLDER, JR., | ) | |
| Attorney General, | ) | |
| | ) | |
| Defendant. | ) | HONORABLE MARGARET M. MORROW |

1   Pursuant to the parties' Stipulation for Compromise
2   Settlement that was filed herewith, Plaintiff's action is
3   hereby dismissed with prejudice, in its entirety.  Each party
4   shall bear their own costs and attorneys fees.

6   DATED: December 13, 2012

_____
UNITED STATES DISTRICT JUDGE

9   PRESENTED BY:

11   ___/s/_____
CANDACE GRUBB

Plaintiff

LAW OFFICES OF LINDA M. BATTRAM

___/s/_____
LINDA M. BATTRAM

Attorney for Plaintiff
CANDACE GRUBB

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

___/s/_____
KATHERINE M. HIKIDA
Assistant United States Attorney

Attorneys for Federal Defendant
ERIC H. HOLDER, JR., Attorney General