1  ANDRÉ BIROTTE JR.
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   KATHERINE M. HIKIDA
4  Assistant United States Attorney
   Cal. Bar No. 153268
5  katherine.hikida@usdoj.gov
        Room 7516, Federal Building
6       300 North Los Angeles Street
        Los Angeles, California 90012
7       Telephone:  (213) 894-2285
        Facsimile:  (213) 894-7819
8
   Attorneys for Federal Defendant
9  ERIC H. HOLDER, JR., Attorney General

JS - 6

10               UNITED STATES DISTRICT COURT

11          FOR THE CENTRAL DISTRICT OF CALIFORNIA

12                    WESTERN DIVISION

13  CANDACE GRUBB,              )     NO. CV 11-09122-MMM(SPx)
                                )
14       Plaintiff,             )     ORDER RE: DISMISSAL
                                )     OF ACTION WITH PREJUDICE
15       v.                     )     [~~PROPOSED~~]
                                )
16  ERIC H. HOLDER, JR.,        )
    Attorney General,           )
17                              )
              Defendant.        )     HONORABLE MARGARET M. MORROW
18  _____ )

19

20

21

22

23

24

25

26

27

28

Pursuant to the parties' Stipulation for Compromise Settlement that was filed herewith, Plaintiff's action is hereby dismissed with prejudice, in its entirety.  Each party shall bear their own costs and attorneys fees.


DATED: December 13, 2012


_____
UNITED STATES DISTRICT JUDGE


PRESENTED BY:


____/s/_____
CANDACE GRUBB

Plaintiff


LAW OFFICES OF LINDA M. BATTRAM


__/s/_____
LINDA M. BATTRAM

Attorney for Plaintiff
CANDACE GRUBB

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division



____/s/_____
KATHERINE M. HIKIDA
Assistant United States Attorney

Attorneys for Federal Defendant
ERIC H. HOLDER, JR., Attorney General